IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOEL DELANO POWELL JR.                                              PETITIONER
Reg. #04123-041

v.                                  2:25-cv-00082-JM-JJV

C. HUMPHREY, Warden,
Forrest City Correctional Institution                               RESPONDENT

## **ORDER**

The Court has reviewed a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 9). Petitioner has not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects.

Therefore, the Petition (Dkt. No. 1) is dismissed without prejudice, and this case is closed.

It is so ordered this 5th day of August, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE