IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOEL DELANO POWELL JR**
**#04123-041**                                                                                    **PETITIONER**

V.                                   CASE NO. 2:25-CV-00082-JM-JJV

**C. HUMPHREY, Warden,**
**Forrest City Correctional Institution**                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of December, 2025.

_____
James M. Moody Jr
United States District Judge